UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMARTWATER, LTD.<br><br>Plaintiff,<br><br>v.<br><br>APPLIED DNA SCIENCES, INC.<br><br>Defendant. | Civil Action No. 12-11009-PBS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Plaintiff, Smartwater Ltd., the defendant having neither served an answer or a motion for summary judgment, hereby dismisses this action **without prejudice**.

Respectfully submitted,

SMARTWATER LTD.

By its counsel,

*/s/ Jeffrey E. Francis*
Jeffrey E. Francis (BBO # 639944)
jfrancis@pierceatwood.com
Joseph Maraia (BBO # 650569)
jmaraia@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA 02110
Telephone: (617) 488-8100
Facsimile: (617) 824-2020

{W3244373.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of August, 2012, I electronically filed the above document and that such document is available for viewing and downloading from the court's ECF system.

                                                          /s/ *Jeffrey E. Francis*